AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Northern District of Texas

| Pray | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:13-cv-02461-L |
| | ) |
| Commercial Recovery Systems Inc | ) |
| *Defendant* | ) |

## Summons in a Civil Action

TO: Commercial Recovery Systems Inc c/o Tim Ford
    805 East R L Thornton Frwy, Suite 305
    Dallas, Texas 75228

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  Noah Radbil
  5025 N. Central Ave.
  # 602
  Phoenix, AZ 85012

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 06/27/2013

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF MATTHEW FOSTER

My name is **MATTHEW FOSTER**, I am over the age of eighteen and I am competent to make this affidavit. The facts stated here in are true & correct.

## UNITED STATES DISTRICT COURT
### For the
### Northern District of Texas

**PRAY**
       Plaintiff

V                                                            Civil Action No. 3:13-cv-02461-L

**COMMERCIAL RECOVERY SYSTEMS INC.**
       Defendant

On the 27th day of June. 2013 @ 12:10pm I received a SUMMONS AND COMPLAINT for delivery to **COMMERCIAL RECOVERY SYSTEMS, INC. by delivering to TIM FORD** at 805 East R.L. Thornton Freeway, Suite 305, Dallas, Texas 75228.

06/28/13 @ 09:34am – I visited **COMMERCIAL RECOVERY SYSTEMS, INC.** located at 805 E. R.L. Thornton Freeway, Suite 305, Dallas, Texas 75228. I spoke with Debra at the payment window in the accounting department. I asked Debra if I could speak with Tim Ford, she stated he was not in and did not know when he would be.

07/01/13 @ 01:51pm – I spoke with Deena at the payment window in the accounting department. I asked Deena if I could speak with Tim Ford, she stated he was not in and did not know when he would be.

07/02/13 @ 11:41am – I again spoke with Deena at the payment window in the accounting department. I asked Deena if I could speak with Tim Ford, she stated he was not in. Deena told me that most of the employees of the company had been terminated earlier that morning and thought the company might be going out of business. Deena then stated she was tired of dealing with process server. Deena also stated that Tim Ford never came in and would not make him self available to accept legal documents.

_____                   7/13/13
Matthew Foster   SCH0000004907            Date

Signed and sworn to by the said _Matthew Foster_ before me
This __13__ day of __July__ 2013, to certify which witness my hand and seal of office.

_____
Notary Public Dallas County Texas

KATHLEEN M. MILLER
Notary Public, State of Texas
My Commission Expires
August 25, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:13-cv-02461-L

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Commercial Recovery Systems, Inc.
was received by me on *(date)*  6/27/2013  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: The summons and complaint were delivered to Commercial Recovery Systems, Inc. by delivering to the Texas Secretary of State

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  7/23/2013

*Server's signature*  SCH00000004907  3/31/15

Matt Foster   Process Server
*Printed name and title*

3523 McKinney Ave., Suite 726
Dallas, TX 75204
*Server's address*

Additional information regarding attempted service, etc:

The summons and complaint were delivered to Commercial Recovery Systems, Inc. by delivering to Service of Process, Secretary of State via U.S. Certified Mail to Service of Process, Secretary of State, P.O. Box 12079, Austin, TX 78711

39

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Service of Process<br>Secretary of State<br>P.O. Box 12079<br>Aust TX 78711-2079 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>TPASS/CPA<br>JUL 19 2013 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 3500 0003 0394 2848 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

AUSTIN TX 78711  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.58 | 0126 |
| Certified Fee | $3.10 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.55 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.23 | 07/18/2013 |

Sent To: Secretary of State
Street, Apt. No.; or PO Box No.: P.O. Box 12079
City, State, ZIP+4: Austin, TX 78711-2079

7011 3500 0003 0394 2848

PS Form 3800, August 2006   See Reverse for Instructions

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

A.P.S. Process Services
3523 McKinney Ave. #726
Dallas, TX 75204